IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

COLIN THOMAS,
)
)
Plaintiff, )
)
vs. )
)
SCOOPER TROOPER, LLC, )
) No. 3:19-cv-0227-HRH
Defendant. )
)

O R D E R

Case Dismissed

It is hereby noticed that the above case has been settled. This case is dismissed with prejudice, each side to bear their own costs and attorney fees based on plaintiff's notice of settlement.[1]

DATED at Anchorage, Alaska, this 18th day of November, 2019.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 10.